MANNING, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1908.) Action by Patrick Manning against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the verdict of the jury was contrary to and against the weight of the evidence.

McLENNAN, P. J., and SPRING, J., voting for reversal upon the ground that the evidence fails to show that the defendant was guilty of negligence which caused or contributed to the injury complained of.

---

MANUFACTURERS' COMMERCIAL CO., Respondent, v. BLITZ, Appellant. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by the Manufacturers' Commercial Company against Henry Blitz. J. S. Epstein, for appellant. E. L. Andrews, for respondent. No opinion. Order modified, by allowing judgment to stand as security, striking out the provisions requiring defendant to give bond, and also by requiring the defendant to stipulate that the case be placed on the short cause calendar, and, as so modified, affirmed, without costs. Settle order on notice.

---

MANUFACTURERS' COMMERCIAL CO., v. BLITZ. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by the Manufacturers' Commercial Company against Henry Blitz. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

---

MANZER, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1908.) Action by Orville A. Manzer against Roscoe C. Smith. No opinion. Judgment and order affirmed, with costs.

---

MARKO, Respondent, v. GENESEE FURNACE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by Andrew Marko against the Genesee Furnace Company. No opinion. Judgment and order affirmed, with costs.

---

MARKO, Respondent, v. GENESEE FURNACE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1908.) Action by Andrew Marko against the Genesee Furnace Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs.

---

MARKS et al., Appellants, v. DODGE, Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by Edward B. Marks and another against Benjamin W. Dodge. D. Gerber, for appellants. M. D. Josephson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MARTIN, Appellant, v. VALHALLA REALTY & IMPROVEMENT CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Edward C. Martin against the Valhalla Realty & Improvement Company. No opinion. Motion denied, with $10 costs.

---

MAWHINNEY v. BANKERS' TRUST CO. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Hugh H. Mawhinney against the Bankers' Trust Company. No opinion. Motion granted. Question certified. Order filed.

---

In re MAYOR, ETC., OF CITY OF NEW YORK. In re MULIERI'S ESTATE. (Supreme Court, Appellate Division, First Department. March 27, 1908.) In the matter of the mayor, etc., of the city of New York. In the matter of Giuseppe A. Mulieri, deceased. No opinion. Motion granted. Settle order on notice.

---

MEAGHER, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. March 11, 1908.) Action by Michael C. Meagher against the state of New York.

PER CURIAM. Judgment affirmed, with costs.

CHESTER and SEWELL, JJ., dissent.

---

MEISSNER, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by Albert Meissner, by guardian, against the Pennsylvania Railroad Company. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the plaintiff was guilty of contributory negligence as matter of law.

---

MEREDITH, Respondent, v. MEREDITH, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) Action by Kathryne G. Meredith against Daniel W. Meredith. No opinion. Order modified, so as to provide that the plaintiff move her case for trial forthwith, failing which the alimony shall cease, and, as so modified, affirmed, without costs.

---

MEXICO ONYX QUARRY CO., Respondent, v. KELLY, Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by the Mexico Onyx Quarry Company against David J. Kelly. A. S. Bacon, for appellant. W. J. Dawley, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

---

MILES v. BARTON. (Supreme Court, Appellate Division, First Department. February 28, 1908.) Actions by Herbert L. Miles against James Barton, by William P. Dixon against William Schaaf, by Lawrence Murphy against